NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ELIAS PUENTE,                            )
                                         )
        Appellant,               )
                                         )
v.                                       )    Case No. 2D18-1232
                                         )
STATE OF FLORIDA,                        )
                                         )
        Appellee.                )
_____    )

Opinion filed February 13, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Lee County; Bruce E. Kyle, Judge.

Elias Puente, pro se.

PER CURIAM.

        Affirmed.

NORTHCUTT, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.